IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DILDEEP VIRK,** | : | Civil No. 1:18-cv-1380 |
| Petitioner, | : | |
| v. | : | |
| **CLAIR DOLL, et al.,** | : | |
| Respondents, | : | **Judge Sylvia H. Rambo** |

# O R D E R

Before the court is a report and recommendation of the magistrate judge (Doc. 27) in which he recommends that the petition be dismissed as moot because the petitioner was released on bond on April 16, 2019. Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation is **ADOPTED**.

2) The petition is dismissed as **MOOT**.

3) The Clerk of Court shall close this case.

           s/Sylvia H. Rambo
           SYLVIA H. RAMBO
           United States District Judge

Dated: June 26, 2019